United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3882WM

_____

Thomas Hughes,                                        *
                                                     *
            Plaintiff-Appellant,                     *
                                                     *
      v.                                             *
                                                     *     Appeal from the United States
Michael Groose;                                      *     District Court for the Western
                                                     *     District of Missouri.
            Defendant,                               *
                                                     *     [UNPUBLISHED]
Karen Cornell; Correctional Medical                  *
Systems, Inc.; Dr. Largaespada,                      *
                                                     *
            Defendants-Appellees.                    *

_____

Submitted:  December 1, 1997
Filed:  December 17, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

    Thomas Hughes appeals the district court's grant of summary judgment in favor of Karen Cornell and others involved in Hughes's medical care at the Jefferson City Correctional Center. Having carefully reviewed the record and the parties' submissions, we are convinced the judgment of the district court was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.